UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| IN RE: | ) | Case No: 19-40023-659 |
|---|---|---|
| | ) | |
| SHELBY LYNN TAYLOR | ) | Chapter 13 |
| | ) | |
| | ) | |
| Debtor | ) | |

**TRUSTEE'S OBJECTION TO APPLICATION FOR ADDITIONAL ATTORNEY'S FEES**

Comes now Diana S. Daugherty, Standing Chapter 13 Trustee, and for her objection to the application dated March 28, 2019, for additional attorney fees filed by THE POWDERLY LAW FIRM LLC in the amount of $197.92 states as follows:

1.  The amout requested in fees is $197.92. There are no funds on hand in this case.

Dated: March 28, 2019               /s/ Diana S. Daugherty
OBJFEEAPP--MF
                                    Diana S. Daugherty
                                    Standing Chapter 13 Trustee
                                    P.O. Box 430908
                                    St. Louis, MO  63143
                                    (314) 781-8100  Fax: (314) 781-8881
                                    trust33@ch13stl.com

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing document was filed electronically on March 28, 2019, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

I certify that a true and correct copy of the foregoing document was filed electronically with the United States Bankruptcy Court, and has been served by Regular United States Mail Service, first class, postage fully pre-paid, addressed to those parties listed on the Court's Manual Notice List and listed below on March 28, 2019.

SHELBY LYNN TAYLOR
1882 HARBOR MILL DRIVE
FENTON, MO  63026

                                    /s/ Diana S. Daugherty
                                    Diana S. Daugherty